|   |   |
|---|---|
| 1 | MARK E. FERRARIO, ESQ. NBN 1625 |
|   | TAMI D. COWDEN, ESQ. NBN 8994 |
| 2 | CHRISTOPHER R. MILTENBERGER, ESQ. NBN 10153 |
|   | GREENBERG TRAURIG, LLP |
| 3 | 3773 Howard Hughes Parkway, Suite 400 North |
|   | Las Vegas, Nevada 89169 |
| 4 | Telephone:   (702) 792-3773 |
|   | Fax:           (702) 792-9002 |
| 5 | ferrariom@gtlaw.com |
|   | cowdent@gtlaw.com |
| 6 | miltenbergerc@gtlaw.com |

*Counsel for Defendants/Counterclaimants*
*Laidlaw & Company (UK) Ltd., Matthew D. Eitner, and James P. Ahern*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| RELMADA THERAPEUTICS, INC., a Nevada corporation, | Case No.: 2:15-CV-2338-JCM-CWH |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (Dkt. #39) AND COUNTERCLAIM DEFENDANTS' MOTION TO PARTIALLY DISMISS COUNTERCLAIM (Dkt. #38)** |
| LAIDLAW & COMPANY (UK) LTD., a foreign corporation, MATTHEW D. EITNER, an individual and citizen of New Jersey, and JAMES P. AHERN, an individual and citizen of New Jersey, | |
| Defendants. | |
| LAIDLAW & COMPANY (UK) LTD., MATTHEW D. EITNER, and JAMES P. AHERN, | |
| Counterclaimants, | |
| vs. | |
| RELMADA THERAPEUTICS, INC., a Nevada corporation, SANDESH SETH, SERGIO TRAVERSA, CHUCK CASAMENTO, MAGED SHENOUDA, PAUL KELLY, SHEERAM AGHARKAR, | |
| Counterclaim Defendants. | |

NY 245663297v3

**STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (Dkt. #39) AND COUNTERCLAIM DEFENDANTS' MOTION TO PARTIALLY DISMISS COUNTERCLAIM (Dkt. #38)**

COME NOW Defendants/Counterclaimants Laidlaw & Company (UK) Ltd., Matthew D. Eitner, and James P. Ahern (the "Laidlaw Parties"), by and through their undersigned counsel of record, the law firm of Greenberg Traurig, LLP, and Plaintiff/Counterclaim Defendant Relmada Therapeutics, Inc. and Counterclaim Defendants Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and Sheeram Agharkar (the "Relmada Parties"), by and through their undersigned counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and hereby stipulate and agree as follows:

1. The Laidlaw Parties do not oppose Plaintiff's Motion for Leave to Amend Complaint (Dkt. #39) and it shall be GRANTED. The Laidlaw Parties' stipulation to the granting of this Motion shall be without prejudice to the Laidlaw Parties' ability to challenge the claims set forth in the Amended Complaint and shall not be construed as an admission as to any of the allegations set forth in the Amended Complaint.

2. Plaintiff shall file its Amended Complaint within three (3) calendar days after the Court's entry of the Order on this Stipulation.

3. The Laidlaw Parties shall answer or otherwise respond to the Amended Complaint within twenty-one (21) calendar days after the filing of the Amended Complaint.

4. The Laidlaw Parties shall file an Amended Counterclaim within twenty-one (21) calendar days after the filing of the Amended Complaint. The Relmada Parties' stipulation regarding the filing of this Amended Counterclaim shall be without prejudice to the Relmada Parties' ability to challenge the claims set forth in the Amended Counterclaim and shall not be construed as an admission as to any of the allegations set forth in the Amended Counterclaim.

5. The Relmada Parties shall answer or otherwise respond to the Amended Counterclaim within twenty-one (21) calendar days after the filing of the Amended Counterclaim.

6. The Relmada Parties' Motion to Partially Dismiss Counterclaim (Dkt. #38) shall be withdrawn as MOOT based upon the forthcoming Amended Counterclaim contemplated by this Stipulation without prejudice to the Relmada Parties' ability to file a motion to dismiss the

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  Amended Counterclaim in whole or in part.

2      7.    The Relmada Parties and Laidlaw Parties shall have thirty (30) days from the filing
3  of the Amended Counterclaim in which to conduct their Federal Rule of Civil Procedure 26(f)
4  conference so that the parties' amended pleadings may be filed prior to such a conference.

5      **IT IS SO STIPULATED.**

6  DATED this 10th day of February, 2016.    DATED this 10th day of February, 2016.

7  GREENBERG TRAURIG, LLP    BROWNSTEIN HYATT FARBER SCHRECK, LLP

9  /s/ Christopher R. Miltenberger    /s/ Jeffrey S. Rugg
Mark E. Ferrario, Esq. NBN 1625    Jeffrey S. Rugg, Esq., NBN 10978
Tami D. Cowden, Esq. NBN 8994    Maximilien D. Fetaz, Esq., NBN 12737
Christopher R. Miltenberger, Esq. NBN 10153    100 North City Parkway, Suite 1600
3773 Howard Hughes Parkway, Suite 400N    Las Vegas, Nevada 89106
Las Vegas, Nevada 89169

Deborah S. Birnbach, Esq. (*pro hac vice*)
*Counsel for Defendants/Counterclaimants*    Adam Slutsky, Esq. (*pro hac vice*)
*Laidlaw & Company (UK) Ltd., Matthew D. Eitner,*    GOODWIN PROCTER LLP
*and James P. Ahern*    Exchange Place
Boston, MA 02109

*Counsel for Plaintiff/Counterclaim Defendant Relmada Therapeutics, Inc. and Counterclaim Defendants Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and Shreeram Agharkar*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 17, 2016

Respectfully submitted by:

/s/ Christopher R. Miltenberger
Mark E. Ferrario, Esq. NBN 1625
Tami D. Cowden, Esq. NBN 8994
Christopher R. Miltenberger, Esq. NBN 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400N
Las Vegas, Nevada 89169

*Counsel for Defendants/Counterclaimants*
*Laidlaw & Company (UK) Ltd., Matthew D. Eitner, and James P. Ahern*

NY 245663297v3

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002