JEFF SILVESTRI, ESQ.
Nevada Bar No. 5779
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
E-mail: jsilvestri@mcdonaldcarano.com

*Attorneys for Laidlaw & Company (UK) Ltd.,
Matthew D. Eitner and James P. Ahern*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RELMADA THERAPEUTICS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>LAIDLAW & COMPANY (US) LTD., a foreign corporation, MATTHEW D. EITNER, an individual and citizen of New Jersey, and JAMES P. AHERN, an individual and citizen of New Jersey,<br><br>Defendants. | Case No.:   2:15-cv-2338-JCM-CWH<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR DEFENDANTS/ COUNTERCLAIMANTS TO RESPOND TO THE AMENDED COMPLAINT AND TO FILE AN AMENDED COUNTERCLAIM** |
| LAIDLAW & COMPANY (UK) LTD., MATTHEW D. EITNER, and JAMES P. AHERN,<br><br>Counterclaimants,<br><br>vs.<br><br>RELMADA THERAPEUTICS, INC., a Nevada corporation, SANDESH SETH, SERGIO TRAVERSA, CHUCK CASAMENTO, MAGED SHEDOUDA, PAUL KELLY, SHEERAM AGHARKAR,<br><br>Counterclaim Defendants. | |

On February 17, 2016, the Court entered Defendants/Counterclaimants Laidlaw & Company (UK) Ltd., Matthew D. Eitner, and James P. Ahern (the "Laidlaw Parties") and Plaintiff/Counterclaim Defendant Relmada Therapeutics, Inc. and Counterclaim Defendants

Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and Sheeram Agharkar (the "Relmada Parties") "Stipulation and Order Regarding Plaintiff's Motion for Leave to Amend Complaint (Dkt. #39) and Counterclaim Defendants' Motion to Partially Dismiss Counterclaim (Dkt. #38)" (Dkt. #43). The parties hereby stipulate and agree to amend the Stipulation and Order (Dkt #43) as follows:

The Laidlaw Parties shall have until April 4, 2016 to answer or otherwise respond to the Amended Complaint and to file an Amended Counterclaim.

**IT IS SO STIPULATED.**

Dated this 9th day of March, 2016.

**McDONALD CARANO WILSON LLP**

By: /s/ *Jeff Silvestri*
Jeff Silvestri, Esq. (#5779)
2300 West Sahara, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Laidlaw & Company (UK) Ltd., Matthew D. Eitner and James P. Ahern*

Dated this 9th day of March, 2016.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: /s/ *Jeffrey S. Rugg*
Jeffrey S. Rugg, Esq. (#10978)
Maximilien D. Fetaz, Esq. (#12737)
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Deborah S. Birnbach, Esq. *(pro hac vice)*
Adam Slutsky, Esq. *(pro hac vice)*
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

*Attorneys for Relmada Therapeutics, Inc., Sandesh Seth, Sergio Traversa, Chuck Casamento, Maged Shedouda, Paul Kelly and Sheeram Agharkar*

**ORDER**

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED: March 10, 2016

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702)873-4100 • FAX (702) 873-9966

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of McDonald Carano Wilson LLP, and that on the 9th day of March, 2016, a true and correct copy of the foregoing **STIPULATION AND ORDER EXTENDING THE DEADLINE FOR DEFENDANTS/ COUNTERCLAIMANTS TO RESPOND TO THE AMENDED COMPLAINT AND TO FILE AN AMENDED COUNTERCLAIM** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

         /s/ *CaraMia Gerard*
An employee of McDonald Carano Wilson LLP