1   JEFFREY S. RUGG, ESQ., Bar # 10978
    jrugg@bhfs.com
2   MAXIMILIEN D. FETAZ, ESQ., Bar # 12737
    mfetaz@bhfs.com
3   BROWNSTEIN HYATT FARBER SCHRECK, LLP
    100 North City Parkway, Suite 1600
4   Las Vegas, Nevada  89106
    Telephone:  702.382.2101
5   Facsimile:  702.382.8135

6   DAVID H. WOLLMUTH, ESQ. (pro hac vice forthcoming)
    dwollmuth@wmd-law.com
7   WILLIAM F. DAHILL, ESQ. (pro hac vice forthcoming)
    wdahill@wmd-law.com
8   WOLLMUTH MAHER & DEUTSCH LLP
    500 Fifth Avenue
9   New York, New York 10110
    Telephone: 212.382-3300
10  Facsimile: 212.382.0050

11 *Attorneys for Relmada Therapeutics, Inc., Sandesh Seth, Sergio*
   *Traversa, Chuck Casamento, Maged Shenouda, Paul Kelly, and*
12 *Shreeram Agharkar*

13             UNITED STATES DISTRICT COURT

14               DISTRICT OF NEVADA

15   RELMADA THERAPEUTICS, INC., a      Case No.: 2:15-cv-2338-JCM-CWH
   Nevada corporation,
16
                        **STIPULATION AND ORDER FOR**
17           Plaintiff,          **WITHDRAWAL AND SUBSTITUTION OF**
                        **COUNSEL FOR PLAINTIFF**
18   v.                         **AND  COUNTERCLAIM  DEFENDANTS**

19   LAIDLAW & COMPANY (UK) LTD., a
   foreign corporation, MATTHEW D.
20  EITNER, an individual and citizen of New
   Jersey, and JAMES P. AHERN, an
21  individual and citizen of New Jersey,

22           Defendants.

23   and

24   LAIDLAW & COMPANY (UK) LTD., a
   foreign corporation, MATTHEW D.
25  EITNER, an individual and citizen of New
   Jersey, and JAMES P. AHERN, an
26  individual and citizen of New Jersey,

27           Counterclaimants

28   v.

*(left margin, vertical text)* BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
(702) 382-2101

1

2    RELMADA THERAPEUTICS, INC.,
     SANDESH SETH, SERGIO
3    TRAVERSA, CHUCK CASAMENTO,
     MAGED SHENOUDA, PAUL KELLY,
4    and SHREERAM AGHARKAR,

5                   Counterclaim Defendants

6

7

8                       **STIPULATION**

9        Pursuant to Local Rule IA 10-6, Plaintiff/Counterclaim Defendants Relmada

10   Therapeutics, Inc. and Counterclaim Defendants Sandesh Seth, Sergio Traversa, Chuck

11   Casamento, Maged Shenouda, Paul Kelly, and Shreeram Agharkar (collectively,

12   "Plaintiff/Counterclaim Defendants"), through their counsel of record Brownstein Hyatt Farber

13   Schreck, LLP, hereby stipulate and respectfully request that the Court allow the withdrawal of

14   Goodwin Procter LLP and substitution of Wollmuth Maher & Deutsch LLP as counsel of record

15   for Plaintiff/Counterclaim Defendants.

16   DATED this ___ day of September, 2016.    BROWNSTEIN HYATT FARBER SCHRECK, LLP

17

18                                              By: _____/s/ Jeffrey S. Rugg_____
                                                    JEFFREY S. RUGG, ESQ.
19                                                  Nevada Bar # 10978
                                                    MAXIMILIEN D. FETAZ, ESQ.
20                                                  Nevada Bar # 12737
                                                    100 North City Parkway, Suite 1600
21                                                  Las Vegas, Nevada  89106-4614

22                                                  *Attorneys for Relmada Therapeutics, Inc.,*
                                                    *Sandesh Seth, Sergio Traversa, Chuck*
23                                                  *Casamento, Maged Shenouda, Paul Kelly, and*
                                                    *Shreeram Agharkar*
24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
(702) 382-2101

018611\0002\15015242.3

DATED this 19th day of September, 2016,     GOODWIN PROCTER LLP

By: /s/ Adam Slutsky
DEBORAH S. BIRNBACH, ESQ.
(admitted *pro hac vice*)
ADAM SLUTSKY, ESQ.
(admitted *pro hac vice*)
100 Northern Avenue
Boston, MA 02210
Telephone: 617.570.1000
Facsimile: 617.523.1231

*Withdrawing Attorneys for Relmada
Therapeutics, Inc., Sandesh Seth, Sergio
Traversa, Chuck Casamento, Maged Shenouda,
Paul Kelly, and Shreeram Agharkar*

DATED this ___ day of September, 2016,     WOLLMUTH MAHER & DEUTSCH LLP

By:
DAVID H. WOLLMUTH, ESQ.
(*pro hac vice* forthcoming)
WILLIAM F. DAHILL, ESQ.
(*pro hac vice* forthcoming)
500 Fifth Avenue
New York, New York 10110
Telephone: 212.382.3300
Facsimile: 212.382.0050

*Substituting Attorneys for Relmada Therapeutics,
Inc., Sandesh Seth, Sergio Traversa, Chuck
Casamento, Maged Shenouda, Paul Kelly, and
Shreeram Agharkar*

DATED this 12 day of September, 2016,     RELMADA THERAPEUTICS, INC.

By:
SERGIO TRAVERSA, CEO

DATED this ___ day of September, 2016,     SANDESH SETH

DIRECTOR OF RELMADA THERAPEUTICS,
INC.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
(702) 382-2101

01861100021\15015242.3

3

DATED this 12 day of September, 2016.

SERGIO TRAVERSA

DIRECTOR OF RELMADA THERAPEUTICS, INC.

DATED this ___ day of September, 2016.

CHUCK CASAMENTO

DIRECTOR OF RELMADA THERAPEUTICS, INC.

DATED this ___ day of September, 2016.

MAGED SHENOUDA

DIRECTOR OF RELMADA THERAPEUTICS, INC.

DATED this ___ day of September, 2016.

PAUL KELLY

DIRECTOR OF RELMADA THERAPEUTICS, INC.

DATED this ___ day of September, 2016.

SHREERAM AGHARKAR

DIRECTOR OF RELMADA THERAPEUTICS, INC.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
(702) 382-2101

018611\0002\15015242.3

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical">BROWNSTEIN HYATT FARBER SCHRECK, LLP</div>
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
(702) 382-2101

ORDER

IT IS ORDERED that the Court grants the withdrawal of Goodwin Procter LLP and substitution and appearance of Wollmuth Maher & Deutsch LLP as counsel of record for Plaintiff/Counterclaim Defendants.

DATED: _____, 2016.

IT IS SO ORDERED.

DATED: September 20, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
JEFFREY S. RUGG, ESQ., Bar # 10978
MAXIMILIEN D. FETAZ, ESQ., Bar # 12737
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys for Relmada Therapeutics, Inc.,*
*Sandesh Seth, Sergio Traversa, Chuck Casamento,*
*Maged Shenouda, Paul Kelly, and Shreeram Agharkar*

018511\C002\150152142.3

5

1

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

</div>

2    Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing

3    Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK,

4    LLP, and that a true and correct copy of the STIPULATION AND ORDER FOR

5    WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF was served via

6    electronic service, via CM/ECF, on this 19th day of September, 2016, and to the address(es)

7    shown below:

8

9    JEFF SILVESTRI, ESQ.                        MICHAEL H. FERENCE, ESQ.
     jsilvestri@mcdonaldcarano.com              mference@srff.com
     KRISTEN T. GALLAGHER, ESQ.                 IRWIN WELTZ, ESQ.
10   kgallagher@mcdonaldcarano.com              iweltz@srff.com
     McDONALD CARANO WILSON LLP                 SICHENZIA ROSS FRIEDMAN FERENCE
11   2300 W. Sahara Avenue, Suite 1200          LLP
     Las Vegas, NV 89102                        61 Broadway, 32nd Floor
12                                              New York, NY 10006

13   *Attorneys for Laidlaw & Company (UK) Ltd.,*   *Attorneys for Laidlaw & Company (UK) Ltd.,*
     *Matthew D. Eitner and James P. Ahern*         *Matthew D. Eitner and James P. Ahern*
14

15

16   Employee of Brownstein Hyatt Farber Schreck, LLP

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode:vertical">BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
(702) 382-2101</div>