UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RELMADA THERAPEUTICS, INC.

                Plaintiff,

      -against-

LAIDLAW & COMPANY (UK) LTD,
MATTHEW D. EITNER, and JAMES P. AHERN,

                Defendants.
------------------------------------------------------------X

Index No.: 1:16-cv-07767-VEC

**STIPULATION OF
VOLUNTARY DISMISSIAL
PURSUANT TO FRCP 41(a)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Relmada Therapeutics, Inc. and Defendants Laidlaw & Company (UK) Ltd., Matthew D. Eitner, and James P. Ahern (collectively, "Defendants"), through their respective undersigned attorneys, that the above-captioned action is voluntarily dismissed with prejudice and without costs to either party, pursuant to Fed. R. Civ. P. 41(a).

Dated: New York, New York
       May 16 2017

WOLLMUTH MAHER & DEUTSCH LLP

_____
David H. Wollmuth
William F. Dahill
500 Fifth Avenue, Suite 1200
New York, New York 10110
Tel.:  (212) 382-3300
Fax:  (212) 382-0050

*Attorneys for Plaintiff*

Dated: New York, New York
       May 16, 2017

SICHENZIA ROSS FERENCE KESNER LLP

_____
Michael H. Ference
Jeffrey R. Burke
Irwin Weltz
61 Broadway, 32nd Floor
New York, New York 10006
Tel.:  (212) 930-9700
Fax:  (212) 930-9725

*Attorneys for Defendants*

**SO ORDERED**

Dated: New York, New York
       May __, 2017

_____
Hon. Judge Valerie E. Caproni, U.S.D.J